Dennis A. GIVENS, Plaintiff–Appellant,

v.

Rebecca RANDOLPH; Main Street Financial Services Corporation (Holding Co. for) Main Street Bank; Keith C. Gamble; Pullin, Fowler, Flanagan, Brown & Poe, PLLC, individually, and collectively, Defendants–Appellees.

No. 10–2164.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 4, 2011.

Dennis A. Givens, Appellant Pro Se. Keith C. Gamble, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Morgantown, West Virginia; Stephen Mark Fowler, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Charleston, West Virginia, for Appellees.

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis A. Givens appeals the district court's order denying his motion for sanctions pursuant to Federal Rule of Civil Procedure 11. We have reviewed the rec-

ord and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Givens v. Randolph,* No. 5:10–cv–00026–FBS–JSK (N.D.W. Va. Aug. 12, 2010) & 2010 WL 3672222 (Sept. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*